Asa Springer, appellee, v. Henry Bufe, appellant.

Trespass for false imprisonment. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1924.

Affirmed.  Opinion filed July 7, 1924.

R. Ferdinand Tunnell, for appellant.   Terry, Gueltig & Powell, for appellee.

Mr. Justice Higbee delivered the opinion of the court.